**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAIKEL GALLO SURERA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ANGELO GARITE, WARDEN SPC, ICE PROCESSING CENTER, ASSISTANT FIELD OFFICE DIRECTOR OF THE U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD; MARY DE-ANDRA, OFFICE DIRECTOR OF THE IMMIGRATION EL PASO; KRISTI NOEM, SECRETARY OF THE DEPARTMENT HOMELAND SECURITY; AND PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES;** | § | **No. 3:25-CV-00710-LS** |
| | § | |
| ***Respondents*.** | § | |

**ORDER FOR UPDATED AND AMENDED RESPONSE**

On January 16, 2026, the government represented that there would be no impediment to Petitioner's removal to Mexico. Petitioner apparently remains in ICE custody. On or before **November 6, 2026**, the government shall file an updated and amended response to Petitioner's *Zadvydas* claim.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 28, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**